UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLONIOUS HARRIS, | NO. CV 06-4767 AHS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| B. CURRY, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 4, 2010

*ALICEMARIE H. STOTLER*

ALICEMARIE H. STOTLER
United States District Judge